THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 05-49114-R |
| JOHN M. BROWN § | |
| XXX-XX-7487 § | CHAPTER 13 |
| 601 PARKER STREET § | |
| MCKINNEY, TX 75069 § | |
| § | |
| JILL T. BROWN § | |
| XXX-XX-1141 § | |
| § | |
| § | |
| DEBTOR(S) § | |

## ORDER DISMISSING CHAPTER 13 CASE

On April 25, 2007, came on for hearing the Motion to Dismiss filed by Janna L. Countryman, Chapter 13 Trustee, in the above referenced case. The Court finds that appropriate notice of the Motion and the hearing was given according to the Federal and Local Rules of Bankruptcy Procedure. The Court further finds that this case should be dismissed for the reasons stated in the Motion. Accordingly, good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the above referenced Chapter 13 case is hereby DISMISSED and that any wage withholding orders previously entered in this case are hereby terminated.

IT IS FURTHER ORDERED that any funds remaining on deposit with the Chapter 13 Trustee shall be distributed in accordance with the provisions of the confirmed plan.